David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
**Van Riper Law**
1254 Irvine Blvd., Ste. 200
Tustin, California 92780
Telephone: (714) 732-1800
Facsimile: (714) 731-1811

Chad M. Hagan (*pro hac vice*)
chad.hagan@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

Attorneys for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NAM NGUYEN, KENNETH NGUYEN, TU HA, and DOES 1-5,<br><br>Defendants. | Case No. 8:14-cv-01348-AG-AN<br><br>**JOINT MOTION FOR ENTRY OF AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC ("DISH Network"), and Defendants Nam Nguyen, Kenneth Nguyen, and Tu Ha ("Defendants"), file this joint motion and respectfully request the Court enter a final judgment and permanent injunction against Defendants.

1

## I. NATURE OF THE CASE

DISH Network brought this action claiming that Defendants advertise and sell products on *www.ebay.com* that enable end-users to circumvent DISH Network's security system and receive DISH Network programming without authorization or payment of the required subscription fee. Defendants are alleged to have accomplished this by selling a MegaTVi SHD 3000 receiver and 8PSK Turbo module. The 8PSK Turbo modules sold by Defendants are specially designed to enable the receiver to steal DISH Network's high-definition programming.

## II. RELIEF REQUESTED

The parties agree that a final judgment should be entered for DISH Network on Count I alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(2), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(e)(4), Count III alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count IV alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count V alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a), 2520. The parties also agree that damages should be awarded to DISH Network in the amount of $1,200,000. In addition, the parties agree to the entry of a permanent injunction, which is authorized pursuant to Counts I-V. *See* 17 U.S.C. § 1203(b)(1); 47 U.S.C. § 605(e)(3)(B)(i); 18 U.S.C. § 2520(b)(1). A proposed final judgment and permanent injunction has been submitted.

DATED: December 2, 2014        Respectfully submitted,

By: /s/Chad M. Hagan
Chad M. Hagan(*pro hac vice*)
chad.hagan@hnbllc.com
**HAGAN NOLL & BOYLE LLC**
820 Gessner, Suite 940
Houston, Texas 77024
Telephone: (713) 343-0478
Facsimile: (713) 758-0146

David A. Van Riper (California Bar No. 128059)
dave@vanriperlaw.com
**Van Riper Law**
1254 Irvine Blvd., Ste. 200
Tustin, California 92780
Telephone: (714) 731-1800
Facsimile: (714) 731-1811

Attorneys for Plaintiffs DISH Network L.L.C., EchoStar Technologies L.L.C., and NagraStar LLC

By: /s/David K. Tran
David K. Tran (California Bar No. 223036)
davidtran@dktran.com
**LAW OFFICES OF DAVID K. TRAN**
15446 Brookhurst St.
Westminster, CA 92683
Telephone: (714) 839-4077
Facsimile: (714) 839-4078

Attorney for Defendants Nam Nguyen, Kenneth Nguyen, and Tu Ha